IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Brian Lake Balderson,                          :

                Plaintiff           :        Civil Action 2:12-cv-0235

    v.                                         :        Judge Smith

Ohio Department of Rehabilitation and          :        Magistrate Judge Abel
Correction, *et al.*,

                              :

                Defendants

                              :

**ORDER**

The Clerk of Court is DIRECTED to strike document 24. Requests for discovery

are not filed with the Court.

                                      s/ Mark R. Abel
                                      United States Magistrate Judge